UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE MIGUEL VALENCIA LAZARO,<br><br>　　　　　　　Petitioner,<br><br>　　　　v.<br><br>WARDEN BIRKHOLZ,<br><br>　　　　　　　Respondent. | Case No. 5:25-00806-SPG-ADS<br><br>**ORDER ACCEPTING REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE** |

　　　　Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition (ECF No. 1), Petitioner's supplemental statement (ECF No. 5), the Report and Recommendation of the United States Magistrate Judge (ECF No. 12), and all the records and files herein. Petitioner did not file objections to the Report and Recommendation, and the deadline to do so has passed.  The Court accepts the findings and recommendations of the Magistrate Judge.

　　　　Accordingly, IT IS HEREBY ORDERED:

　　　　1. The Report and Recommendation is accepted, (Dkt. No. 12);

2. The Petition is denied, all pending motions are terminated, and this action is dismissed; and

3. Judgment is to be entered accordingly.

DATED: November 20, 2025

_____
HON. SHERILYN PEACE GARNETT
UNITED STATES DISTRICT JUDGE