JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE MIGUEL VALENCIA LAZARO,<br><br>    Petitioner,<br><br>    v.<br><br>WARDEN BIRKHOLZ,<br><br>    Respondent. | Case No. 5:25-00806-SPG-ADS<br><br>**JUDGMENT** |

Pursuant to the Court's Order Accepting Report and Recommendation of United States Magistrate Judge, the Court adjudges the Petition denied and this action dismissed.

DATED: November 20, 2025

HON. SHERILYN PEACE GARNETT
UNITED STATES DISTRICT JUDGE